DONALD H. CRAM (State Bar No. 160004)
BERNARD J. KORNBERG (State Bar No. 252006)
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Renew Financial Group, LLC

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT UNSER,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>WESTERN RIVERSIDE COUNCIL OF GOVERNMENTS, et al.,<br><br>　　　　Defendants. | Case No.  3:18-cv-00552-AJB-MDD<br><br>**ANSWER OF RENEW FINANCIAL GROUP, LLC TO COMPLAINT**<br><br>Judge:  Hon. Anthony J. Battaglia |

Defendant Renew Financial Group, LLC ("Renew") admits and denies the allegations set forth in plaintiff Robert Unser's ("Unser") complaint ("Complaint") as follows:

1.　　　This clause contains prefatory language to which Renew is neither obligated to admit or deny.

### PARTIES

2.　　　Admit.

3.　　　Renew has insufficient information to either admit or deny this allegation and on that basis denies the allegation.

4.　　　Renew has insufficient information to either admit or deny this allegation and on that basis denies the allegation.

5.     Renew has insufficient information to either admit or deny this allegation and on that basis denies the allegation.

6.     Renew admits that Defendant California Statewide Community Development Authority is a joint exercise of powers authority. Its principal place of business is located at 1700 North Broadway, Walnut Creek, CA 94596.  Its territory includes projects in San Diego, California. Defendant CSCDA was and is engaging in and transacting in business in California at all relevant times in this Complaint. Deny the remaining allegations of this paragraph.

7.     Deny.

8.     Deny that defendant Renew Financial Group, LLC is the parent company of Defendant Renew Financial, LLC.  Admit the other allegations of this paragraph.

9.     Admit that Renew Financial I LLC is licensed by the California Department of Business Oversight and the National Mortgage Licensing System and Registry under the license numbers set forth in this paragraph.  Renew Financial I LLC is an affiliate of Renew Financial Group, LLC.  Renew Financial Group, LLC is not licensed with the California Department of Business Oversight and the National Mortgage Licensing System and Registry at this time.

10.    Renew has insufficient information to either admit or deny this allegation and on that basis denies the allegation.

11.    Renew has insufficient information to either admit or deny this allegation and on that basis denies the allegation.

12.    Renew has insufficient information to either admit or deny this allegation and on that basis denies the allegation.

13.    Renew has insufficient information to either admit or deny this allegation and on that basis denies the allegation.

**JURISDICTION AND VENUE**

14.    This allegation calls for a legal conclusion to which Renew has no duty

1  to either admit or deny.  To the extent a response is required, Renew denies the
2  allegation.

3      15.    This allegation calls for a legal conclusion to which Renew has no duty
4  to either admit or deny.  To the extent a response is required, Renew denies the
5  allegation.

6      16.    Renew does not challenge venue.

7                            **FACTUAL ALLEGATIONS**

8      17.    Renew has insufficient information to either admit or deny this
9  allegation and on that basis denies the allegation.

10     18.    Renew has insufficient information to either admit or deny this
11 allegation and on that basis denies the allegation.

12     19.    Renew has insufficient information to either admit or deny this
13 allegation and on that basis denies the allegation.

14     20.    Renew has insufficient information to either admit or deny this
15 allegation and on that basis denies the allegation.

16     21.    Renew has insufficient information to either admit or deny this
17 allegation and on that basis denies the allegation.

18     22.    This allegation is too broadly stated and ambiguous to be subject to
19 admission.  Renew admits that PACE programs are generally authorized, regulated,
20 and administered at a state or local level.  To the extent this paragraph makes further
21 allegations, Renew denies those allegations.

22     23.    This allegation is too broadly stated and ambiguous to be subject to
23 admission.  Renew denies the allegation to the extent it alleges that government and
24 government agencies are not involved with any aspects of the PACE program.

25     24.    Admit the first sentence.  The remaining allegations constitute a legal
26 conclusion to which Renew has no duty to either admit or deny.  To the extent a
27 response is required, Renew denies the allegation.

28     25.    This allegation is too broadly stated and ambiguous to be subject to

admission.  To an extent an answer is required, Renew denies the allegation.

26.     Admit that PACE financing results in a voluntary tax assessment.  The remaining allegations call for a legal conclusion to which Renew has no duty to either admit or deny.  To the extent a response is required, Renew denies the allegation.

27.     This allegation is too broadly stated and ambiguous to be subject to admission.  To an extent an answer is required, Renew denies the allegation.

28.     This paragraph does not call for admission or denial of a fact, but is a statement of proposed public policy to which Renew has no obligation to respond. To the extent that a response is necessary, Renew denies the allegation.

29.     This paragraph does not call for admission or denial of a fact, but is a statement of proposed public policy to which Renew has no obligation to respond. To the extent that a response is necessary, Renew denies the allegation.

30.     This paragraph does not call for admission or denial of a fact, but is a statement of proposed public policy to which Renew has no obligation to respond. To the extent that a response is necessary, Renew denies the allegation.

31.     This paragraph does not call for admission or denial of a fact, but is a statement of proposed public policy to which Renew has no obligation to respond. To the extent that a response is necessary, Renew denies the allegation.

32.     Deny

33.     Deny

34.     Admit.

35.     Renew has insufficient information to either admit or deny this allegation and on that basis denies the allegation.

36.     Renew has insufficient information to either admit or deny this allegation and on that basis denies the allegation.

37.     Renew has insufficient information to either admit or deny this allegation and on that basis denies the allegation.

38. Admit.

39. Renew has insufficient information to either admit or deny this allegation and on that basis denies the allegation.

40. Deny.

41. Deny.

42. Renew has insufficient information to either admit or deny this allegation and on that basis denies the allegation.

43. Renew has insufficient information to either admit or deny this allegation and on that basis denies the allegation.

44. Deny.

45. This allegation is too broadly stated and ambiguous to be subject to admission. To an extent an answer is required, Renew denies the allegation.

46. Renew has insufficient information to either admit or deny this allegation and on that basis denies the allegation.

47. This allegation is too broadly stated and ambiguous to be subject to admission. To an extent an answer is required, Renew denies the allegation.

48. This allegation is too broadly stated and ambiguous to be subject to admission. To an extent an answer is required, Renew denies the allegation.

49. This allegation is too broadly stated and ambiguous to be subject to admission. To an extent an answer is required, Renew denies the allegation.

50. This allegation is too broadly stated and ambiguous to be subject to admission. To an extent an answer is required, Renew denies the allegation.

51. Deny.

52. Admit that the allegation matches the language of the cited guidelines. To the extent this paragraph makes any other allegation, including that Renew is legally obligated to follow the guidelines, deny that allegation.

53. This allegation is too broadly stated and ambiguous to be subject to admission. To an extent an answer is required, Renew denies the allegation.

54.     Renew has insufficient information to either admit or deny this allegation and on that basis denies the allegation.

55.     This allegation is too broadly stated and ambiguous to be subject to admission.  To an extent an answer is required, Renew denies the allegation.

56.     Admit that the allegation matches the language of the cited guidelines. To the extent this paragraph makes any other allegation, including that Renew is legally obligated to follow the guidelines, deny that allegation.

57.     Deny.

58.     Admit as to Renew Financial.  As to Renovate America, Renew has insufficient information to either admit or deny this allegation and on that basis denies the allegation.

59.     This allegation is too broadly stated and ambiguous to be subject to admission.  To an extent an answer is required, Renew denies the allegation.

60.     This allegation is too broadly stated and ambiguous to be subject to admission.  To an extent an answer is required, Renew denies the allegation.

61.     This allegation is too broadly stated and ambiguous to be subject to admission.  To an extent an answer is required, Renew denies the allegation.

62.     This allegation is too broadly stated and ambiguous to be subject to admission.  To an extent an answer is required, Renew denies the allegation.

63.     This allegation is too broadly stated and ambiguous to be subject to admission.  To an extent an answer is required, Renew denies the allegation.

64.     This allegation is too broadly stated and ambiguous to be subject to admission.  To an extent an answer is required, Renew denies the allegation.

65.     Renew has insufficient information to either admit or deny this allegation and on that basis denies the allegation.

66.     Renew has insufficient information to either admit or deny this allegation and on that basis denies the allegation.

67.     Renew has insufficient information to either admit or deny this

allegation and on that basis denies the allegation.

68.    Deny.

69.    This allegation is too broadly stated and ambiguous to be subject to admission.  To an extent an answer is required, Renew denies the allegation.

70.    This allegation is too broadly stated and ambiguous to be subject to admission.  To an extent an answer is required, Renew denies the allegation.

71.    This allegation is too broadly stated and ambiguous to be subject to admission.  To an extent an answer is required, Renew denies the allegation.

72.    This allegation is too broadly stated and ambiguous to be subject to admission.  To an extent an answer is required, Renew denies the allegation.

73.    This allegation is too broadly stated and ambiguous to be subject to admission.  To an extent an answer is required, Renew denies the allegation.

74.    Deny.

75.    Deny that Renew is taking any steps to initiate a sale on the assessment lien it administers.  As to the remaining allegations of this paragraph, Renew has insufficient information to either admit or deny this allegation and on that basis denies the allegation.

76.    Admit that failure to pay the assessed amount may result in a foreclosure sale on the assessment lien.  Deny any allegation that Renew at any time intended to collect on the assessment lien through foreclosure.  To the extent this paragraph makes any other allegation, deny the allegation.

77.    Admit that Renew finances home improvement loans through certain preapproved contractors.  To the extent this paragraph makes any other allegation, deny the allegation.

78.    This allegation is too broadly stated and ambiguous to be subject to admission.  To an extent an answer is required, Renew denies the allegation.

79.    This allegation is too broadly stated and ambiguous to be subject to admission.  To an extent an answer is required, Renew denies the allegation.

80.     Renew has insufficient information to either admit or deny this allegation and on that basis denies the allegation.

81.     This allegation is too broadly stated and ambiguous to be subject to admission.  To an extent an answer is required, Renew denies the allegation.

82.     This allegation is too broadly stated and ambiguous to be subject to admission.  To an extent an answer is required, Renew denies the allegation.

83.     Renew has insufficient information to either admit or deny this allegation and on that basis denies the allegation.

84.     Renew has insufficient information to either admit or deny this allegation and on that basis denies the allegation.

85.     Deny.

86.     This allegation is too broadly stated and ambiguous to be subject to admission.  To an extent an answer is required, Renew denies the allegation.

87.     This allegation is too broadly stated and ambiguous to be subject to admission.  To an extent an answer is required, Renew denies the allegation.

88.     Renew has insufficient information to either admit or deny this allegation and on that basis denies the allegation.

89.     Deny.

90.     Renew has insufficient information to either admit or deny this allegation and on that basis denies the allegation.

91.     Deny.

92.     Renew has insufficient information to either admit or deny this allegation and on that basis denies the allegation.

93.     Renew has insufficient information to either admit or deny this allegation and on that basis denies the allegation.

94.     Renew has insufficient information to either admit or deny this allegation and on that basis denies the allegation.

95.     Renew has insufficient information to either admit or deny this

allegation and on that basis denies the allegation.

96.     Renew has insufficient information to either admit or deny this allegation and on that basis denies the allegation.

97.     Renew has insufficient information to either admit or deny this allegation and on that basis denies the allegation.

98.     Renew has insufficient information to either admit or deny this allegation and on that basis denies the allegation.

99.     This allegation is too broadly stated and ambiguous to be subject to admission.  To an extent an answer is required, Renew denies the allegation.

100.   Deny.

101.   Renew has insufficient information to either admit or deny this allegation and on that basis denies the allegation.

102.   Renew has insufficient information to either admit or deny this allegation and on that basis denies the allegation.

103.   Renew has insufficient information to either admit or deny this allegation and on that basis denies the allegation.

104.   Renew has insufficient information to either admit or deny this allegation and on that basis denies the allegation.

105.   Renew has insufficient information to either admit or deny this allegation and on that basis denies the allegation.

106.   Renew has insufficient information to either admit or deny this allegation and on that basis denies the allegation.

107.   Renew has insufficient information to either admit or deny this allegation and on that basis denies the allegation.

108.   Renew has insufficient information to either admit or deny this allegation and on that basis denies the allegation.

109.   Renew has insufficient information to either admit or deny this allegation and on that basis denies the allegation.

1    110.   Renew has insufficient information to either admit or deny this
2  allegation and on that basis denies the allegation.

3    111.   Renew has insufficient information to either admit or deny this
4  allegation and on that basis denies the allegation.

5    112.   Renew has insufficient information to either admit or deny this
6  allegation and on that basis denies the allegation.

7    113.   Renew has insufficient information to either admit or deny this
8  allegation and on that basis denies the allegation.

9    114.   Renew has insufficient information to either admit or deny this
10  allegation and on that basis denies the allegation.

11    115.   Renew has insufficient information to either admit or deny this
12  allegation and on that basis denies the allegation.

13    116.   Renew has insufficient information to either admit or deny this
14  allegation and on that basis denies the allegation.

15    117.   Renew has insufficient information to either admit or deny this
16  allegation and on that basis denies the allegation.

17    118.   Renew has insufficient information to either admit or deny this
18  allegation and on that basis denies the allegation.

19    119.   Renew has insufficient information to either admit or deny this
20  allegation and on that basis denies the allegation.

21    120.   Renew has insufficient information to either admit or deny this
22  allegation and on that basis denies the allegation.

23    121.   Renew has insufficient information to either admit or deny this
24  allegation and on that basis denies the allegation.

25    122.   Renew has insufficient information to either admit or deny this
26  allegation and on that basis denies the allegation.

27    123.   Renew has insufficient information to either admit or deny this
28  allegation and on that basis denies the allegation.

1   124.   Renew has insufficient information to either admit or deny this
2   allegation and on that basis denies the allegation.

3   125.   Renew has insufficient information to either admit or deny this
4   allegation and on that basis denies the allegation.

5   126.   Renew has insufficient information to either admit or deny this
6   allegation and on that basis denies the allegation.

7   127.   Renew has insufficient information to either admit or deny this
8   allegation and on that basis denies the allegation.

9   128.   Renew has insufficient information to either admit or deny this
10  allegation and on that basis denies the allegation.

11  129.   Renew has insufficient information to either admit or deny this
12  allegation and on that basis denies the allegation.

13  130.   Renew has insufficient information to either admit or deny this
14  allegation and on that basis denies the allegation.

15  131.   Renew has insufficient information to either admit or deny this
16  allegation and on that basis denies the allegation.

17  132.   Renew has insufficient information to either admit or deny this
18  allegation and on that basis denies the allegation.

19  133.   Renew has insufficient information to either admit or deny this
20  allegation and on that basis denies the allegation.

21  134.   Renew has insufficient information to either admit or deny this
22  allegation and on that basis denies the allegation.

23  135.   Renew has insufficient information to either admit or deny this
24  allegation and on that basis denies the allegation.

25  136.   Renew has insufficient information to either admit or deny this
26  allegation and on that basis denies the allegation.

27  137.   Renew has insufficient information to either admit or deny this
28  allegation and on that basis denies the allegation.

1    138.   Renew has insufficient information to either admit or deny this
2    allegation and on that basis denies the allegation.

3    139.   Renew has insufficient information to either admit or deny this
4    allegation and on that basis denies the allegation.

5    140.   Renew has insufficient information to either admit or deny this
6    allegation and on that basis denies the allegation.

7    141.   Renew has insufficient information to either admit or deny this
8    allegation and on that basis denies the allegation.

9    142.   Admit.

10   143.   Renew has insufficient information to either admit or deny this
11   allegation and on that basis denies the allegation.

12   144.   Renew has insufficient information to either admit or deny this
13   allegation and on that basis denies the allegation.

14   145.   Renew has insufficient information to either admit or deny this
15   allegation and on that basis denies the allegation.

16   146.   Renew has insufficient information to either admit or deny this
17   allegation and on that basis denies the allegation.

18   147.   Renew has insufficient information to either admit or deny this
19   allegation and on that basis denies the allegation.

20   148.   Renew has insufficient information to either admit or deny this
21   allegation and on that basis denies the allegation.

22   149.   Renew has insufficient information to either admit or deny this
23   allegation and on that basis denies the allegation.

24   150.   Renew has insufficient information to either admit or deny this
25   allegation and on that basis denies the allegation.

26   151.   Renew has insufficient information to either admit or deny this
27   allegation and on that basis denies the allegation.

28   152.   Renew has insufficient information to either admit or deny this

1  allegation and on that basis denies the allegation.

2     153.   Renew has insufficient information to either admit or deny this

3  allegation and on that basis denies the allegation.

4     154.   Renew has insufficient information to either admit or deny this

5  allegation and on that basis denies the allegation.

6     155.   Renew has insufficient information to either admit or deny this

7  allegation and on that basis denies the allegation.

8     156.   Renew has insufficient information to either admit or deny this

9  allegation and on that basis denies the allegation.

10    157.   Renew has insufficient information to either admit or deny this

11 allegation and on that basis denies the allegation.

12    158.   Renew has insufficient information to either admit or deny this

13 allegation and on that basis denies the allegation.

14    159.   Deny.

15    160.   Admit.

16    161.   Renew has insufficient information to either admit or deny this

17 allegation and on that basis denies the allegation.

18    162.   Admit.

19    163.   Deny.

20    164.   Admit.

21    165.   This allegation calls for a legal conclusion to which Renew has no duty

22 to either admit or deny.  To the extent a response is required, Renew denies the

23 allegation.

24    166.   This allegation calls for a legal conclusion to which Renew has no duty

25 to either admit or deny.  To the extent a response is required, Renew denies the

26 allegation.

27    167.   Renew has insufficient information to either admit or deny this

28 allegation and on that basis denies the allegation.

168.   This allegation calls for a legal conclusion to which Renew has no duty to either admit or deny.  To the extent a response is required, Renew denies the allegation.

169.   This allegation calls for a legal conclusion to which Renew has no duty to either admit or deny.  To the extent a response is required, Renew denies the allegation.

170.   This allegation calls for a legal conclusion to which Renew has no duty to either admit or deny.  To the extent a response is required, Renew denies the allegation.

171.   This allegation calls for a legal conclusion to which Renew has no duty to either admit or deny.  To the extent a response is required, Renew denies the allegation.

172.   Admit.

173.   Renew has insufficient information to either admit or deny this allegation and on that basis denies the allegation.

174.   Renew has insufficient information to either admit or deny this allegation and on that basis denies the allegation.

175.   Renew has insufficient information to either admit or deny this allegation and on that basis denies the allegation.

176.   Renew has insufficient information to either admit or deny this allegation and on that basis denies the allegation.

177.   Deny.

178.   Deny.

179.   Deny.

180.   Renew has insufficient information to either admit or deny this allegation and on that basis denies the allegation.  To the extent this paragraph makes the allegation, deny that Unser tendered a return of the funds loaned.

181.   This allegation is too broadly stated and ambiguous to be subject to

1  admission.  To an extent an answer is required, Renew denies the allegation.

2       182.   This allegation does not appear to be directed as to Renew.  To the

3  extent a response is required, Renew denies the allegation.

4       183.   This allegation does not appear to be directed as to Renew.  To the

5  extent a response is required, Renew denies the allegation.

6       184.   Deny.

7       185.   Deny.

8  **FIRST CAUSE OF ACTION**

9  **Violations of Federal Door-To-Door Sales Act, 16 CFR sections 429, et seq.,**

10       186.   No response is required to this paragraph.

11       187.   This allegation calls for a legal conclusion to which Renew has no duty

12  to either admit or deny.  To the extent a response is required, Renew denies the

13  allegation.

14       188.   This allegation calls for a legal conclusion to which Renew has no duty

15  to either admit or deny.  To the extent a response is required, Renew denies the

16  allegation.

17       189.   Renew has insufficient information to either admit or deny this

18  allegation and on that basis denies the allegation.

19       190.   This allegation calls for a legal conclusion to which Renew has no duty

20  to either admit or deny.  To the extent a response is required, Renew denies the

21  allegation.

22       191.   This allegation calls for a legal conclusion to which Renew has no duty

23  to either admit or deny.  To the extent a response is required, Renew denies the

24  allegation.

25       192.   Renew has insufficient information to either admit or deny this

26  allegation and on that basis denies the allegation.

27       193.   Renew has insufficient information to either admit or deny this

28  allegation and on that basis denies the allegation.

1    194.   Renew has insufficient information to either admit or deny this
2    allegation and on that basis denies the allegation.

3    195.   Renew has insufficient information to either admit or deny this
4    allegation and on that basis denies the allegation.

5    196.   Renew has insufficient information to either admit or deny this
6    allegation and on that basis denies the allegation.

7    197.   Renew has insufficient information to either admit or deny this
8    allegation and on that basis denies the allegation.

9    198.   Renew has insufficient information to either admit or deny this
10   allegation and on that basis denies the allegation.

11   199.   Deny.

12   200.   This allegation is too broadly stated and ambiguous to be subject to
13   admission.  To an extent an answer is required, Renew denies the allegation.

14   201.   Deny.

15   202.   This allegation calls for a legal conclusion to which Renew has no duty
16   to either admit or deny.  To the extent a response is required, Renew denies the
17   allegation.

18   203.   This allegation calls for a legal conclusion to which Renew has no duty
19   to either admit or deny.  To the extent a response is required, Renew denies the
20   allegation.

21   204.   Renew has insufficient information to either admit or deny this
22   allegation and on that basis denies the allegation.

23   205.   This allegation calls for a legal conclusion to which Renew has no duty
24   to either admit or deny.  To the extent a response is required, Renew denies the
25   allegation.

26   206.   This allegation calls for a legal conclusion to which Renew has no duty
27   to either admit or deny.

28   207.   This allegation calls for a legal conclusion to which Renew has no duty

1  to either admit or deny.  To the extent a response is required, Renew denies the

2  allegation.

3       208.   Renew has insufficient information to either admit or deny this

4  allegation and on that basis denies the allegation.

5       209.   Renew has insufficient information to either admit or deny this

6  allegation and on that basis denies the allegation.

7       210.   This allegation calls for a legal conclusion to which Renew has no duty

8  to either admit or deny.  To the extent a response is required, Renew denies the

9  allegation.

10       211.   This allegation calls for a legal conclusion to which Renew has no duty

11  to either admit or deny.  To the extent a response is required, Renew denies the

12  allegation.

13       212.   This allegation calls for a legal conclusion to which Renew has no duty

14  to either admit or deny.  To the extent a response is required, Renew denies the

15  allegation.

16       213.   Renew has insufficient information to either admit or deny this

17  allegation and on that basis denies the allegation.

18  **<u>SECOND CAUSE OF ACTION</u>**

19  **Violations of the Home Solicitation Act, California Civil Code Sections 1689, et**

20  **seq.**

21       214.   No response is required to this paragraph.

22       215.   This allegation calls for a legal conclusion to which Renew has no duty

23  to either admit or deny.  To the extent a response is required, Renew denies the

24  allegation.

25       216.   Deny.

26       217.   Admit the Agreement to Pay Assessment creates a lien on Unser's

27  property.  To the extent this paragraph makes any other allegation, deny that

28  allegation.

218.   This allegation calls for a legal conclusion to which Renew has no duty to either admit or deny.  To the extent a response is required, Renew denies the allegation.

219.   This allegation calls for a legal conclusion to which Renew has no duty to either admit or deny.  To the extent a response is required, Renew denies the allegation.

220.   This allegation calls for a legal conclusion to which Renew has no duty to either admit or deny.  To the extent a response is required, Renew denies the allegation.

221.   This allegation calls for a legal conclusion to which Renew has no duty to either admit or deny.  To the extent a response is required, Renew denies the allegation.

222.   This allegation calls for a legal conclusion to which Renew has no duty to either admit or deny.  To the extent a response is required, Renew denies the allegation.

223.   This allegation calls for a legal conclusion to which Renew has no duty to either admit or deny.  To the extent a response is required, Renew denies the allegation.

224.   This allegation calls for a legal conclusion to which Renew has no duty to either admit or deny.  To the extent a response is required, Renew denies the allegation.

225.   Deny.

226.   This allegation calls for a legal conclusion to which Renew has no duty to either admit or deny.  To the extent a response is required, Renew denies the allegation.

227.   This allegation calls for a legal conclusion to which Renew has no duty to either admit or deny.  To the extent a response is required, Renew denies the allegation.

228.   This allegation calls for a legal conclusion to which Renew has no duty to either admit or deny.  To the extent a response is required, Renew denies the allegation.

229.   Renew has insufficient information to either admit or deny this allegation and on that basis denies the allegation.

230.   This allegation calls for a legal conclusion to which Renew has no duty to either admit or deny.  To the extent a response is required, Renew denies the allegation.

231.   This is not an allegation to which Renew has a duty to either admit or deny.

232.   Renew has insufficient information to either admit or deny this allegation and on that basis denies the allegation.

## **THIRD CAUSE OF ACTION**

### **Intentional Misrepresentation or, in the Alternative, Negligent Misrepresentation**

233.   No response is required to this paragraph.

234.   Renew has insufficient information to either admit or deny this allegation and on that basis denies the allegation.

235.   Renew has insufficient information to either admit or deny this allegation and on that basis denies the allegation.

236.   Deny.

237.   Deny.

238.   Deny.

239.   Renew has insufficient information to either admit or deny this allegation and on that basis denies the allegation.

240.   Renew has insufficient information to either admit or deny this allegation and on that basis denies the allegation.

241.   Renew has insufficient information to either admit or deny this

1  allegation and on that basis denies the allegation.

2     242.   Deny.

3              **FOURTH CAUSE OF ACTION**

4  **Negligence Against Defendants CSCDA, Renew Financial, WRCOG, Renovate**
   **America, and Quality Home**

5

6     243.   No response is required to this paragraph.

7     244.   This allegation is too broadly stated and ambiguous to be subject to

8  admission.  To an extent an answer is required, Renew denies the allegation.

9     245.   This allegation is too broadly stated and ambiguous to be subject to

10 admission.  To an extent an answer is required, Renew denies the allegation.

11    246.   This allegation is too broadly stated and ambiguous to be subject to

12 admission.  To an extent an answer is required, Renew denies the allegation.

13    247.   Renew has insufficient information to either admit or deny this

14 allegation and on that basis denies the allegation.

15    248.   This allegation calls for a legal conclusion to which Renew has no duty

16 to either admit or deny.  To the extent a response is required, Renew denies the

17 allegation.

18    249.   Renew has insufficient information to either admit or deny this

19 allegation and on that basis denies the allegation.

20    250.   Renew has insufficient information to either admit or deny this

21 allegation and on that basis denies the allegation.

22    251.   Renew has insufficient information to either admit or deny this

23 allegation and on that basis denies the allegation.

24    252.   Renew has insufficient information to either admit or deny this

25 allegation and on that basis denies the allegation.

26    253.   Renew has insufficient information to either admit or deny this

27 allegation and on that basis denies the allegation.

28    254.   This allegation calls for a legal conclusion to which Renew has no duty

to either admit or deny.  To the extent a response is required, Renew denies the allegation.

255.   This allegation is too broadly stated and ambiguous to be subject to admission.  To an extent an answer is required, Renew denies the allegation.

256.   Renew has insufficient information to either admit or deny this allegation and on that basis denies the allegation.

257.   Renew has insufficient information to either admit or deny this allegation and on that basis denies the allegation.

258.   Renew has insufficient information to either admit or deny this allegation and on that basis denies the allegation.

259.   Renew has insufficient information to either admit or deny this allegation and on that basis denies the allegation.

260.   Renew has insufficient information to either admit or deny this allegation and on that basis denies the allegation.

261.   This allegation calls for a legal conclusion to which Renew has no duty to either admit or deny.  To the extent a response is required, Renew denies the allegation.

262.   This allegation is too broadly stated and ambiguous to be subject to admission.  To an extent an answer is required, Renew denies the allegation.

263.   Renew has insufficient information to either admit or deny this allegation and on that basis denies the allegation.

264.   Renew has insufficient information to either admit or deny this allegation and on that basis denies the allegation.

265.   Deny.

266.   Deny.

267.   Deny.

# FIFTH CAUSE OF ACTION

**Violations of the Elder and Dependent Adult Civil Protection Act, California Welfare & Institutions Code Section 15600, et seq.**

268.   No response is required to this paragraph.

269.   This allegation calls for a legal conclusion to which Renew has no duty to either admit or deny.  To the extent a response is required, Renew denies the allegation.

270.   This allegation calls for a legal conclusion to which Renew has no duty to either admit or deny.  To the extent a response is required, Renew denies the allegation.

271.   Deny.

272.   Renew has insufficient information to either admit or deny this allegation and on that basis denies the allegation.

273.   This allegation calls for a legal conclusion to which Renew has no duty to either admit or deny.  To the extent a response is required, Renew denies the allegation.

274.   This allegation calls for a legal conclusion to which Renew has no duty to either admit or deny.  To the extent a response is required, Renew denies the allegation.

275.   Deny.

276.   Deny.

277.   Admit that Unser and CSDCA entered into the Agreement to Pay Assessment and that Renew facilitated the transaction.  To the extent this paragraph makes any other allegation, deny that allegation.

278.   Deny.

279.   Deny.

280.   Deny.

281.   Deny.

282.   Deny.

283.   Renew has insufficient information to either admit or deny this allegation and on that basis denies the allegation.

284.   Renew has insufficient information to either admit or deny this allegation and on that basis denies the allegation.

285.   Deny.

286.   Deny.

287.   Deny.

288.   Deny.

## SIXTH CAUSE OF ACTION

### Violations of Business and Professions Code Section 7160

289.   No response is required to this paragraph.

290.   This cause of action is not directed a Renew.  Renew has no duty to admit or deny the allegation.

291.   This cause of action is not directed a Renew.  Renew has no duty to admit or deny the allegation.

292.   This cause of action is not directed a Renew.  Renew has no duty to admit or deny the allegation.

293.   This cause of action is not directed a Renew.  Renew has no duty to admit or deny the allegation.

## SEVENTH CAUSE OF ACTION

### Recovery of the Bond Against Defendant Bond Company.

294.   No response is required to this paragraph.

295.   This cause of action is not directed a Renew.  Renew has no duty to admit or deny the allegation.

296.   This cause of action is not directed a Renew.  Renew has no duty to admit or deny the allegation.

1    297.   This cause of action is not directed a Renew.  Renew has no duty to

2    admit or deny the allegation.

3    298.   This cause of action is not directed a Renew.  Renew has no duty to

4    admit or deny the allegation.

5    299.   This cause of action is not directed a Renew.  Renew has no duty to

6    admit or deny the allegation.

7    300.   This cause of action is not directed a Renew.  Renew has no duty to

8    admit or deny the allegation.

9    **EIGHTH CAUSE OF ACTION**

10   **Violations of the Consumers Legal Remedies Act, California Civil Code**
     **Sections 1750, et seq.**

11

12   301.   No response is required to this paragraph.

13   302.   This allegation calls for a legal conclusion to which Renew has no duty

14   to either admit or deny.  To the extent a response is required, Renew denies the

15   allegation.

16   303.   This allegation calls for a legal conclusion to which Renew has no duty

17   to either admit or deny.  To the extent a response is required, Renew denies the

18   allegation.

19   304.   This allegation calls for a legal conclusion to which Renew has no duty

20   to either admit or deny.  To the extent a response is required, Renew denies the

21   allegation.

22   305.   This allegation calls for a legal conclusion to which Renew has no duty

23   to either admit or deny.  To the extent a response is required, Renew denies the

24   allegation.

25   306.   Renew has insufficient information to either admit or deny this

26   allegation and on that basis denies the allegation.

27   307.   No response is required to this paragraph.

28   308.   Deny.

309.   This allegation calls for a legal conclusion to which Renew has no duty to either admit or deny.  To the extent a response is required, Renew denies the allegation.

310.   Renew has insufficient information to either admit or deny this allegation and on that basis denies the allegation.

311.   Admit that Unser and CSDCA entered into the Agreement to Pay Assessment which resulted in an assessment lien against the subject property.  To the extent this paragraph makes any other allegation, deny the allegation.

312.   Deny.

313.   This allegation calls for a legal conclusion to which Renew has no duty to either admit or deny.  To the extent a response is required, Renew denies the allegation.

314.   This allegation calls for a legal conclusion to which Renew has no duty to either admit or deny.  To the extent a response is required, Renew denies the allegation.

315.   This allegation calls for a legal conclusion to which Renew has no duty to either admit or deny.  To the extent a response is required, Renew denies the allegation.

316.   This allegation calls for a legal conclusion to which Renew has no duty to either admit or deny.  To the extent a response is required, Renew denies the allegation.

317.   This allegation calls for a legal conclusion to which Renew has no duty to either admit or deny.  To the extent a response is required, Renew denies the allegation.

318.   Deny.

319.   Deny.

320.   Deny.

321.   No response is required to this paragraph.

322. No response is required to this paragraph.

## NINTH CAUSE OF ACTION

**Violations of the Unfair Competition Law, California Business and Professions Code sections 17200, et seq.**

323. No response is required to this paragraph.

324. This allegation calls for a legal conclusion to which Renew has no duty to either admit or deny. To the extent a response is required, Renew denies the allegation.

325. This allegation calls for a legal conclusion to which Renew has no duty to either admit or deny. To the extent a response is required, Renew denies the allegation.

326. Deny.

327. Deny.

328. Deny.

329. Deny.

## TENTH CAUSE OF ACTION

**Declaratory Relief that For Violations of the Tax Act and Temporary Restraining Order And Preliminary Injunction**

330. No response is required to this paragraph.

331. This cause of action is not directed a Renew. Renew has no duty to admit or deny the allegation.

332. This cause of action is not directed a Renew. Renew has no duty to admit or deny the allegation.

333. This cause of action is not directed a Renew. Renew has no duty to admit or deny the allegation.

334. This cause of action is not directed a Renew. Renew has no duty to admit or deny the allegation.

335. This cause of action is not directed a Renew. Renew has no duty to

1  admit or deny the allegation.

2     336.  This cause of action is not directed a Renew.  Renew has no duty to
3  admit or deny the allegation.

4     337.  This cause of action is not directed a Renew.  Renew has no duty to
5  admit or deny the allegation.

6     338.  This cause of action is not directed a Renew.  Renew has no duty to
7  admit or deny the allegation.

8     339.  This cause of action is not directed a Renew.  Renew has no duty to
9  admit or deny the allegation.

10  ## PRAYER FOR RELIEF

11     Answering Unser's prayer for relief, Renew denies each and every allegation
12  set forth therein. Renew further denies any wrongdoing whatsoever, and deny that
13  Unser is entitled to any relief from Renew.

14  ## AFFIRMATIVE DEFENSES

15     Furthermore, Renew asserts each of the following separate and independent
16  affirmative defenses, each of which hereby incorporates by reference the allegations
17  set forth above:

18  ### FIRST AFFIRMATIVE DEFENSE
19  **(Failure to State a Claim)**

20     The complaint, and each and every cause of action therein, fails to state facts
21  sufficient to constitute a cause of action against Renew.

22  ### SECOND AFFIRMATIVE DEFENSE
23  **(Set Off)**

24  Under's claims for relief are barred or limited by the doctrine of setoff.

25  ### THIRD AFFIRMATIVE DEFENSE
26  **(Offset)**

27  Unser's claims for relief are barred or limited by the doctrine of offset.

28

## FOURTH AFFIRMATIVE DEFENSE

### (Estoppel)

Unser, by virtue of his own acts and/or the acts or omissions of others chargeable to him, is estopped from obtaining relief sought from Renew.

## FIFTH AFFIRMATIVE DEFENSE

### (Unclean Hands)

The complaint should be barred due to the unclean hands of Unser, by virtue of his own acts and/or the acts or omissions of others chargeable to him.

## SIXTH AFFIRMATIVE DEFENSE

### (Statute of Limitations and Repose)

The claims made in the complaint are barred as outside of the statute of limitations and/or the statute of repose for each claim.

## SEVENTH AFFIRMATIVE DEFENSE

### (Comparative Fault)

Renew alleges that the proximate cause or causes of Unser's alleged injuries and damages, if any, were wholly or in part the fault of Unser and/or of others for whose conduct Renew are not responsible, and said fault comparatively reduces the percentage of fault, if any, of Renew.

## EIGHTH AFFIRMATIVE DEFENSE

### (No Agency)

To the extent that the loss, injuries and damage alleged by Unser, if any there were, were caused by the alleged agents of Renew, a relationship which Renew denies, said agents, if any, exceeded the scope of their alleged agency and acted without the knowledge, consent or authorization of Renew, and Renew is therefore not liable for said agents' actions and/or omissions.

## NINTH AFFIRMATIVE DEFENSE

### (Compliance with Governing Law)

Renew's compliance with the statutes, rules, regulations, and contractual

obligations which govern the subject matter of this lawsuit precludes any alleged liability to Unser.

### TENTH AFFIRMATIVE DEFENSE

### (Bona Fide Error)

Unser's complaint and each claim for relief therein are precluded because Unser's damages, if any exist, resulted from a bona fide error notwithstanding maintenance of procedures reasonably adapted to avoid such errors.

### ELEVENTH AFFIRMATIVE DEFENSE

### (Damages Speculative)

The damages sought by Unser are speculative, and recovery by Unser is therefore barred in whole or in part.

### TWELFTH AFFIRMATIVE DEFENSE

### (Laches)

Unser is barred from recovery by the doctrine of laches because he knew of the purported acts or omissions.  Unser was fully aware of his rights against Renew (if any) but nevertheless inexcusably and unreasonably delayed in asserting those rights, to the prejudice of Renew.

### THIRTEENTH AFFIRMATIVE DEFENSE

### (Superseding and Intervening Causes)

Unser may not recover against Renew because Unser's purported damages were the proximate result of superseding and intervening causes unrelated to any act by Renew.

### FOURTEENTH AFFIRMATIVE DEFENSE

### (Action/Negligence of Third Parties)

Renew is not responsible for the damages, if any, suffered by Under, and some other party, entity, or individual(s) is/are liable and responsible for any and all damages, if any, suffered by Unser.

## FIFTEENTH AFFIRMATIVE DEFENSE

### (No Tender)

Unser has not tendered any amounts received by virtue of the subject financing and assessment contract, notwithstanding Renew's equitable right to such tender, in order to seek equitable relief.

## SIXTEENTH AFFIRMATIVE DEFENSE

### (Reservation of Rights)

Renew currently has insufficient knowledge or information on which to form a belief as to whether it may have additional, as yet unstated, defenses available. Renew expressly reserves their right to assert additional affirmative defenses in the event that discovery indicates other affirmative defenses would be appropriate.

### RENEW'S PRAYER FOR RELIEF

WHEREFORE, Renew prays as follows:

1.    That Unser takes nothing by reason of the complaint;

2.    For judgment in Renew's favor and dismissal of the action with prejudice;

3.    For attorneys' fees against Unser;

4.    For costs of suit; and

5.    For such other relief that the Court deems just and proper.


DATED:  May 18, 2018                 SEVERSON & WERSON
                                     A Professional Corporation



                                     By:     /s/ Bernard J. Kornberg
                                             Bernard J. Kornberg

                                     Attorneys for Renew Financial Group, LLC

**PROOF OF SERVICE**

At the time of service, I was over 18 years of age and not a party to this action.  I am employed in the County of San Francisco, State of California.  My business address is One Embarcadero Center, Suite 2600, San Francisco, CA 94111.

On May 18, 2018, I served true copies of the following document(s):

**ANSER OF RENEW FINANCIAL GROUP, LLC TO COMPLAINT**

on the interested parties in this action as follows:

**BY CM/ECF NOTICE OF ELECTRONIC FILING:**  I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system.  Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.  Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on May 18, 2018, at San Francisco, California.

    /s/ Bernard J. Kornberg
    Bernard J. Kornberg